# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH


### NO. 02-10-00056-CV

IN THE INTEREST OF A.L., S.L.,
AND C.L., THE CHILDREN

------------

## FROM THE 393RD DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On February 22, 2010, March 5, 2010, and April 12, 2010, we notified appellant J.L., in accordance with rule of appellate procedure 42.3(c), that we would dismiss his appeal unless the $175 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellant J.L. has not paid the $175 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Because appellant J.L. has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28,

---

[1]*See* Tex. R. App. P. 47.4.

2007,[2] we dismiss the appeal of appellant J.L. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant J.L. shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: GARDNER, WALKER, and diMCCOY, JJ.

DELIVERED: June 24, 2010

---

[2]*See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).